DAVID L. ANDERSON (SBN 149604)
United States Attorney
DEBORAH L. STACHEL (SBN 230138)
Regional Chief Counsel, Region IX
TIMOTHY R. BOLIN (SBN 259511)
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE PALAFOX,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 4:20-cv-07944-HSG<br><br>DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME; DECLARATION OF JEBBY RASPUTNIS; ORDER |

    Defendant Andrew Saul, Commissioner of Social Security, by and through his undersigned attorneys, hereby moves for an extension of time to file Defendant's certified administrative record (CAR) and answer to Plaintiff's complaint, up to and including March 29, 2021.

    In light of the global COVID-19 crisis, the SSA has taken the unprecedented step of suspending in-office services to the public. *See* https://www.ssa.gov/coronavirus/. The SSA is focusing on providing the most critical services by mail, phone, and online to those most in need. The SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, e.g., maximizing social

1

distancing, significantly limiting employee access to SSA facilities for health and safety only, and moving rapidly toward a virtual work environment. Electronic processes allow some of the SSA's most critical work to continue with minimal interruption; other workloads have been suspended until the health crisis abates or the SSA is able to create new electronic business processes.

For the purposes of this particular case, the public health emergency pandemic has significantly affected operations in the SSA's Office of Appellate Operations (OAO) in Falls Church, Virginia. That office is responsible for physically producing the transcript of the record that is required to adjudicate the case under Sections 205(g) and (h) of the Social Security Act, 42 U.S.C. § 405(g) and (h). *See* SSA Program Operations Manual System GN 03106.025.

As detailed in an attached declaration, in March 2020 OAO staff began to telework to protect employee health and prevent further spread of COVID-19. Beginning then, critical in-person physical tasks associated with preparing CARs could not be accomplished. For example, prior to the COVID-19 pandemic, all hearing recordings, which are part of the administrative record, were downloaded onto compact discs and encrypted to safeguard personally identifiable information. The OAO securely routed the encrypted discs to a private contractor through a daily pickup and delivery service at the SSA's headquarters in Falls Church, Virginia. The private contractor would transcribe the hearing recording and send the paper copy of the hearing transcript back to the OAO, whose staff would then scan the hearing transcript into the electronic record or place it paper case file and assemble the complete CAR.

To ensure a continuity of operations, the OAO has been actively pursuing mitigation efforts to allow remote preparation of CARs. For cases in which the private contractors were already in possession of hearing recordings for transcription, the OAO was approved to receive these transcripts via email secured with password protection and redacted social security numbers. In April 2020, the OAO began receiving such hearing transcripts from private contractors via secured email.

For cases in which the OAO had not yet submitted recordings to the private contractors, the OAO has been pursuing all available options to obtain hearing transcripts. In May 2020, the OAO began encrypting hearing recordings and securely emailing them to contractors for transcription. Through May

2020, the OAO and contractors worked to resolve technical issues that arose, particularly with large files. The process is functioning now, albeit at only half of normal productivity.

Given the volume of pending cases, Defendant asks the Court to extend his time for filing this case's CAR and answer to Plaintiff's complaint until March 29, 2021. The undersigned affirms that yesterday I emailed opposing counsel, Katherine Rose Siegfried, Esq., to inform her of my intent to file a motion for an extension and to ask whether I could inform the Court that this motion is unopposed. She replied that I could.

Respectfully submitted,

Date: *February 10, 2021*

DAVID L. ANDERSON
United States Attorney

 */s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the foregoing unopposed motion for an extension of time, THE COURT ORDERS that Defendant shall have until March 29, 2021, to file the CAR and answer.

Date: 2/10/2021

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge