Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, JOSEPHINE PALAFOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE PALAFOX,<br><br>    Plaintiff,<br><br>  v.<br><br> ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant | CIVIL NO. 20-cv-7944-HSG<br><br>**STIPULATION AND ORDER FOR A FORTY-FIVE (45) DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, between Plaintiff JOSEPHINE PALAFOX and Defendant Commissioner of Social Security, through their respective counsel of record, that Plaintiff shall have an extension of time of forty-five (45) days to file Plaintiff's MOTION FOR SUMMARY JUDGMENT. The current due date is April 27, 2021.  The new due date will be June 11, 2021.  This is the first extension of time requested by Plaintiff and is requested as Plaintiff's attorney needs additional time to review the records and prepare her arguments. Plaintiff's counsel is a solo attorney who has had a total of three or more briefs and/or Motions for Summary Judgement due every week for the past several weeks. Although Plaintiff's Counsel is conscientious about not taking on more cases than she can handle as a solo, because of the Commissioner's repeated extensions in filing CARs for cases filed over the past year, and

the current influx of CARs now being filed, Plaintiff must respectfully request this extension. The Motion will be filed earlier, if at all possible.

Date: April 21, 2021                    KATHERINE SIEGFRIED
                                        Law Office of Katherine Siegfried, Esq.

                                        By:    /s/ *Katherine Siegfried*
                                        Katherine Siegfried
                                        Attorney for the Plaintiff

Date: April 21, 2021                    STEPHANIE HINDS
                                        Acting United States Attorney


                                        By:    /s/ *Timothy Bolin (as authorized by email)*
                                        Timothy Bolin
                                        Special Assistant United States Attorney
                                        Attorney for Defendant

## ORDER

PURSUANT TO STIPULATION, PLAINTIFF'S REQUEST FOR ADDITIONAL TIME IS SO ORDERED.

Dated: 4/22/2021

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE