Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, JOSEPHINE PALAFOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE PALAFOX,<br><br>  Plaintiff,<br><br> v.<br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant | CIVIL NO. 20-cv-7944-HSG<br><br>**STIPULATION AND ORDER FOR A FOURTEEN (14) DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE A REPLY** |

IT IS HEREBY STIPULATED, between Plaintiff JOSEPHINE PALAFOX and Defendant Commissioner of Social Security, through their respective counsel of record, that Plaintiff shall have one extension of time of fourteen (14) days to file Plaintiff's REPLY. The current due date is September 7, 2021. The new due date will be September 20, 2021. Plaintiff's attorney needs additional time to review Defendant's Cross-Motion and prepare her arguments. Plaintiff's counsel is a solo attorney who has a total of six or more briefs and/or Motions for Summary Judgement due in the next three weeks. Although Plaintiff's Counsel is conscientious about not taking on more cases than she can handle as a solo, because of the Commissioner's repeated extensions in filing CARs for cases filed over the past year, and the current influx of

CARs now being filed, Plaintiff must respectfully request this extension. The Reply will be filed earlier, if at all possible, and no further extensions are foreseen.

Date: August 30, 2021            KATHERINE SIEGFRIED
Law Office of Katherine Siegfried, Esq.

By:    /s/ *Katherine Siegfried*
Katherine Siegfried
Attorney for the Plaintiff

Date: August 30, 2021            STEPHANIE HINDS
Acting United States Attorney

By:    /s/ *Timothy Bolin (as authorized by email)*
Timothy Bolin
Special Assistant United States Attorney
Attorney for Defendant

## **ORDER**

PURSUANT TO STIPULATION, PLAINTIFF'S REQUEST FOR ADDITIONAL TIME IS SO ORDERED.

Dated: _____9/3/2021_____   /s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE